```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 5 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

                -v.-               :     **INFORMATION**

DMITRY SAZONOV,                    :     **17 CRIM 657**

                Defendant.         :

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1.  From at least on or about February 3, 2017 through on or about April 12, 2017, in the Southern District of New York and elsewhere, DMITRY SAZONOV, the defendant, intentionally accessed a computer without authorization and exceeded authorized access, and thereby obtained information from a protected computer, and attempted the same, to wit, SAZONOV attempted to obtain unauthorized access to the computer network belonging to his former employer, following his termination, in an effort to attempt to access proprietary and confidential computer source code underlying trading software.

(Title 18, United States Code, Sections 1030(a)(2)(C), 1030(b),
1030(c)(2)(A), and 2.)

_____ /7.f.
JOON H. KIM
Acting United States Attorney