USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2018

# WILMERHALE

January 23, 2018

Brendan R. McGuire

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

*Via Email*

The Honorable Stewart D. Aaron
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse 500 Pearl St.
New York, NY 10007

Re: United States v. Sazonov ~~(17-mj-02798)~~  17-cr-657

Dear Magistrate Judge Aaron,

I am writing on behalf of our client, Susquehanna International Group, LLP ("SIG"), the former employer of Dmitry Sazonov, the defendant in the above-captioned matter. As a victim of the defendant's actions in this case, SIG respectfully requests the opportunity for a representative of the firm to deliver a verbal statement at sentencing addressing the impact of the defendant's conduct on SIG.

As previously discussed with the government, SIG is also seeking restitution for attorneys' fees and investigative expenses incurred as a result of the defendant's conduct. We understand that this request will be included in the government's sentencing submission.

SIG is prepared to provide the Court or the Probation Office with any additional information that would be of assistance. Thank you for your consideration.

**ENDORSEMENT:** Request GRANTED. In addition, SIG is hereby ORDERED to provide to the Court at or prior to the sentencing, a breakdown of the daily hours billed, brief descriptions of daily work done and billing rates of Wilmer Hale and K2 personnel that are the basis for the $156,255.22 in restitution sought by SIG.
SO ORDERED.

Dated: 1/24/2018  /s/ Stewart D. Aaron

Sincerely,

/s/ SM
Brendan R. McGuire

Copies Sent/Emailed By Chambers to
Brendan R. McGuire and Sarah Mortazavi

cc: AUSA Katherine C. Reilly (via email)
Wendy Olsen-Clancy, Victim-Witness Coordinator (via email)
Tandis Milani, U.S. Probation Officer (via email)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10C
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washi