USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2018

WILMERHALE

**Brendan R. McGuire**

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

January 25, 2018

*Via Email*

The Honorable Stewart D. Aaron
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse 500 Pearl St.
New York, NY 10007

ENDORSEMENT: The Clerk of Court is directed to file this letter on CM-ECF. SO ORDERED.

Dated: 2/16/2018

*/s/ Stewart D. Aaron*

Re: United States v. Sazonov (17-cr-657)

Dear Magistrate Judge Aaron,

    I am writing on behalf of our client, Susquehanna International Group, LLP ("SIG"), the former employer of Dmitry Sazonov, the defendant in the above-captioned matter, in response to the Court's January 24, 2018 Order directing SIG "to provide to the Court at or prior to the sentencing, a breakdown of the daily hours billed, brief descriptions of daily work done and billing rates of Wilmer Hale and K2 personnel that are the basis for the $156,255.22 in restitution sought by SIG."

    As stated in our January 23, 2018 letter to the Court, SIG seeks restitution for all necessary costs incurred resulting from assistance SIG provided to the government in connection with the investigation and prosecution of Dmitry Sazanov. *See* 18 U.S.C. § 3663(b)(4) (including as eligible restitution "expenses related to participation in the investigation or prosecution of the offense"); *see also United States v. Cuti*, 778 F.3d 83, 96 (2d Cir. 2015) (costs associated with "cooperating with the government's own investigation are recoverable under our precedent as necessary expenses"); *United States v. Maynard*, 743 F.3d 374, 381 (2d Cir. 2014) (recognizing that the Second Circuit takes "a broad view of what expenses are 'necessary'" in the restitution context); *United States v. Amato*, 540 F.3d 153, 162 (2d Cir. 2008) ("there is no doubt that . . . attorney fees and auditing costs" are recoverable as restitution as a result of defendants' "complicated fraud against a large corporation").

    In particular, SIG seeks restitution for its necessary costs in the amount of $156,255.22. This comprises costs and fees for: (i) SIG's outside counsel Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") totaling $105,009.87; (ii) SIG's forensic investigator K2 Intelligence ("K2") totaling $50,592.54; and (iii) SIG employee travel expenses for meetings with the government totaling $652.81. Attached please find a table detailing SIG's necessary costs, broken down by daily hours billed, billing rates, amount billed, and brief descriptions of the work conducted.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 100
Beijing  Berlin  Boston  Brussels  Denver  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Washi

WILMERHALE

Please let us know if we can provide any further information.

Sincerely,

Brendan R. McGuire

+Enclosure

cc:  AUSA Katherine C. Reilly (via email)
 Wendy Olsen-Clancy, Victim-Witness Coordinator (via email)
 Tandis Milani, U.S. Probation Officer (via email)

Costs Submitted by Susquehanna International Group, LLP

| Work Date | Work Hours | Work Rate | Billed $ | Narrative |
|---|---|---|---|---|
|  | | | | WILMERHALE |
| 2/8/2017 | 0.8 | $1,420 | $1,022.40 | Teleconference with client re: case overview |
| 2/8/2017 | 2.0 | $995 | $1,791.00 | Teleconference with WH team re: new matter; teleconference with client re: overview of new matter, next steps; review and research applicable federal and state statutes and SIG background information |
| 2/9/2017 | 0.3 | $1,050 | $283.50 | Discuss law enforcement strategy arising from employee termination with WH team |
| 2/9/2017 | 0.5 | $995 | $447.75 | Research potential forensic firms |
| 2/9/2017 | 1.2 | $995 | $1,074.60 | Teleconference with client re: next steps |
| 2/10/2017 | 4.8 | $995 | $4,298.40 | Teleconference with client re: current facts and engagement of forensic firms, call with SDNY; prepare for teleconference with SDNY; teleconference with SDNY re: case; teleconference with K2 Intelligence re: case overview; draft engagement letter with K2 |
| 2/11/2017 | 1.8 | $995 | $1,611.90 | Revise and negotiate engagement letter with K2; correspond with client and K2 re: same |
| 2/12/2017 | 1.3 | $995 | $1,164.15 | Revise and negotiate engagement letter with K2; correspond with client and K2 re: same |
| 2/13/2017 | 0.7 | $995 | $626.85 | Finalize K2 engagement letter; teleconference with K2 re: status of review |
| 2/14/2017 | 0.3 | $995 | $268.65 | Teleconference with K2 re: status of review |
| 2/15/2017 | 0.3 | $995 | $268.65 | Teleconference with K2 re: status of review |
| 2/21/2017 | 1.2 | $995 | $1,074.60 | Teleconference with K2 re: status of review; teleconference with client re: next steps |
| 2/24/2017 | 4.2 | $995 | $3,761.10 | Teleconference with client re: SDNY presentation; teleconference with K2 re: SDNY presentation; correspond with SDNY re: 2/27/17 presentation; review and revise K2 presentation |
| 2/26/2017 | 0.8 | $995 | $716.40 | Prepare for 2/27/17 meeting with SDNY |
| 2/27/2017 | 3.4 | $995 | $3,044.70 | Prepare for meeting with SDNY; attend meeting with SDNY, client and K2; strategize with client and K2 regarding next steps |
| 2/28/2017 | 0.3 | $995 | $268.65 | Correspond with SDNY and client re: identifying information of former employee |
| 3/2/2017 | 0.5 | $995 | $447.75 | Teleconference with K2 re: next steps; correspond with SDNY re: upcoming meeting with SDNY and FBI |
| 3/3/2017 | 1.3 | $995 | $1,164.15 | Teleconference with SDNY re: background and potential proactive steps; teleconference with client re: same; strategize re: 3/7/17 meeting with SDNY and FBI |
| 3/6/2017 | 1.5 | $995 | $1,343.25 | Review relevant documents and prepare for 3/7/17 meeting with SDNY and FBI |
| 3/6/2017 | 2.5 | $880 | $1,980.00 | Confer with WH team, review K2 presentation and documents from client; prepare production to SDNY; prepare for meeting with SDNY |
| 3/6/2017 | 4.7 | $505 | $2,136.15 | Confer with WH team re: SDNY meeting preparation; identify and organize documents in preparation for SDNY meeting |
| 3/7/2017 | 1.4 | $505 | $636.30 | Confer with WH team re: SDNY meeting preparation; identify and organize documents in preparation for SDNY meeting |
| 3/7/2017 | 3.8 | $995 | $3,402.90 | Prepare for and attend meeting with SDNY and FBI; correspond with client re: next steps |
| 3/7/2017 | 4.3 | $880 | $3,405.60 | Review and summarize documents for references to Mr. Sazonov's documents or files; prepare for and attend meetings with client, K2, and SDNY; draft memorandum of meeting with SDNY |
| 3/8/2017 | 3.4 | $505 | $1,545.30 | Communicate with WH team re: supplemental production of documents to the SDNY; draft SDNY production log; identify and organize documents in preparation for production to the SDNY |
| 3/8/2017 | 2.2 | $995 | $1,970.10 | Correspond with client and K2 re: next steps; teleconference with SDNY re: next steps; review documents provided by clients to be provided to SDNY |
| 3/8/2017 | 2.7 | $880 | $2,138.40 | Review documents from client and prepare production; participate in calls with SDNY and WH team; review and respond to email communications from client |
| 3/9/2017 | 0.5 | $430 | $193.50 | Prepare production to SDNY |
| 3/9/2017 | 3.4 | $505 | $1,545.30 | Prepare production to SDNY |
| 3/9/2017 | 2.1 | $995 | $1,880.55 | Correspond with client, SDNY and K2 re: next steps; review and revise document production letter to SDNY; strategize re: document production and next steps |
| 3/9/2017 | 2.8 | $880 | $2,217.60 | Teleconference with SDNY; review and respond to email updates from client; prepare talking points for call; prepare production to SDNY; draft memorandum of meeting with SDNY |
| 3/10/2017 | 3.8 | $880 | $3,009.60 | Teleconference with USAO and client; draft memorandum of meeting with SDNY. |
| 3/10/2017 | 1.0 | $505 | $454.50 | Communicate with WH team re: supplemental production of documents to the SDNY; prepare documents for production to the SDNY |
| 3/10/2017 | 1.8 | $995 | $1,611.90 | Teleconference with SDNY re: next steps; teleconference with client re: same |
| 3/13/2017 | 1.2 | $505 | $545.40 | Communicate with WH team re: production to SDNY; prepare documents for production to SDNY; revise SDNY production log |
| 3/13/2017 | 3.3 | $880 | $2,613.60 | Participate in calls with SDNY and client; review documents from client; prepare production to SDNY |
| 3/13/2017 | 2.6 | $995 | $2,328.30 | Teleconference with client re: FBI interview; teleconference with SDNY re: FBI interviews; review and revise discovery letters to be provided to SDNY; review and revise memorandum re: meeting with SDNY and FBI |
| 3/14/2017 | 0.3 | $755 | $203.85 | Review memo of meeting with SDNY |
| 3/14/2017 | 0.7 | $880 | $554.40 | Produce documents to SDNY and participate in phone call with WH team providing her with case background and updates. |
| 3/15/2017 | 0.3 | $755 | $203.85 | Conference with WH team regarding case updates |
| 3/15/2017 | 0.8 | $995 | $716.40 | Correspond and teleconference with client and SDNY re: 3/16/17 employee interviews by FBI |
| 3/16/2017 | 0.4 | $505 | $181.80 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to SDNY; revise SDNY production log |
| 3/16/2017 | 0.4 | $755 | $271.80 | Prepare document prodution to SDNY |
| 3/16/2017 | 1.8 | $995 | $1,611.90 | Attend FBI interviews of SIG employees; teleconference with client re: FBI interviews; teleconference with K2 re: next steps with FBI; teleconference with SDNY re: next steps |
| 3/16/2017 | 3.5 | $755 | $2,378.25 | Draft meeting notes for FBI witness interviews |
| 3/17/2017 | 0.2 | $755 | $135.90 | Revise witness memorandum |
| 3/20/2017 | 0.3 | $995 | $268.65 | Correspond with client and SDNY re: next steps |
| 3/20/2017 | 1.3 | $755 | $883.35 | Draft witness interview memorandum of SIG employee |
| 3/21/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 3/21/2017 | 0.7 | $755 | $475.65 | Draft witness interview memorandum of SIG employee |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 3/21/2017 | 1.2 | $755 | $815.40 | Draft witness interview memorandum of SIG employee |
| 3/21/2017 | 2.0 | $755 | $1,359.00 | Draft witness interview memoranda for interviews of SIG employees |
| 3/21/2017 | 0.4 | $995 | $358.20 | Correspond with client and SDNY re: calls from Sazonov and next steps |
| 3/22/2017 | 0.7 | $505 | $318.15 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 3/22/2017 | 0.7 | $995 | $626.85 | Correspond with client and SDNY re: next steps |
| 3/23/2017 | 0.6 | $995 | $537.30 | Teleconference with client re: call with Mr. Sazonov; correspond with SDNY re: call with Mr. Sazonov |
| 3/24/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY |
| 3/24/2017 | 0.4 | $995 | $358.20 | Correspond with client and SDNY re: next steps in investigation |
| 3/26/2017 | 1.6 | $755 | $1,087.20 | Revise witness interview memoranda |
| 3/27/2017 | 0.6 | $505 | $272.70 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 3/27/2017 | 0.5 | $755 | $339.75 | Correspond with SDNY re: follow-up questions |
| 3/27/2017 | 0.5 | $755 | $339.75 | Teleconference with client re: Mr. Sazonov's departure |
| 3/27/2017 | 4.8 | $995 | $4,298.40 | Attend telephonic interviews of SIG employees; teleconference with client re: deployment of new platform; review and revise employee interview memoranda; teleconference with SDNY re: next steps in investigation |
| 3/28/2017 | 0.2 | $755 | $135.90 | Draft witness interview memorandum |
| 3/28/2017 | 0.6 | $995 | $537.30 | Teleconferences and email correspondence with client and SDNY re: next steps |
| 3/29/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re production of documents to the SDNY; prepare documents for production to SDNY; revise SDNY production log |
| 3/29/2017 | 0.9 | $995 | $805.95 | Review and revise employee interview memoranda |
| 3/29/2017 | 0.6 | $995 | $537.30 | Teleconferences and email correspondence with client and SDNY re: next steps |
| 3/30/2017 | 0.7 | $995 | $626.85 | Teleconferences and emails with client and SDNY re: next steps |
| 3/31/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 3/31/2017 | 0.3 | $995 | $268.65 | Correspond with client and SDNY re: 4/3 meetings |
| 4/3/2017 | 2.0 | $755 | $1,359.00 | Attend meeting with FBI and client re: next steps and preparation for same |
| 4/3/2017 | 1.7 | $995 | $1,522.35 | Attend meeting with FBI and client re: next steps and preparation for same |
| 4/4/2017 | 0.2 | $755 | $135.90 | Review internal communications regarding indictment of former employee |
| 4/4/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 4/4/2017 | 0.5 | $995 | $447.75 | Teleconference with SDNY re: next steps |
| 4/4/2017 | 0.7 | $755 | $475.65 | Teleconference with SDNY regarding arrangements for arrest of Mr. Sazonov |
| 4/5/2017 | 0.3 | $505 | $136.35 | Communicate with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 4/5/2017 | 0.8 | $995 | $716.40 | Correspond with client and SDNY re: next steps |
| 4/6/2017 | 0.3 | $505 | $136.35 | Correspond with WH team re: production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 4/6/2017 | 0.6 | $995 | $537.30 | Correspond with client and SDNY re: follow-up work required |
| 4/6/2017 | 0.7 | $755 | $475.65 | Draft summary notes of FBI meeting with SIG employee |
| 4/6/2017 | 0.5 | $755 | $339.75 | Teleconference with SIG and FBI to discuss logistics of Mr. Sazonov's arrest |
| 4/7/2017 | 0.1 | $755 | $67.95 | Review communications from Mr. Sazonov |
| 4/7/2017 | 0.6 | $505 | $272.70 | Correspond with WH team re production of documents to the SDNY; prepare documents for production to the SDNY; revise SDNY production log |
| 4/7/2017 | 1.4 | $995 | $1,253.70 | Review and revise proposed email to employee; correspond with SDNY re: proposed email to employee; correspond with client |
| 4/8/2017 | 0.3 | $995 | $268.65 | Correspond with client re: related criminal case; review and revise internal alert |
| 4/10/2017 | 0.8 | $995 | $716.40 | Review and revise draft of internal alert; correspond with client re: same |
| 4/11/2017 | 1.2 | $995 | $1,074.60 | Teleconference with SDNY re: planned arrest; teleconference with client re: arrest and potential media coverage |
| 4/12/2017 | 0.2 | $505 | $90.90 | Correspond with WH team re: SDNY production letter; revise SDNY production log |
| 4/12/2017 | 0.6 | $995 | $537.30 | Correspond with SDNY and client re: arrest |
| 4/13/2017 | 0.9 | $995 | $805.95 | Teleconference with client re: arrest; email correspondence re: presentment; review SDNY complaint |
| 4/14/2017 | 0.7 | $755 | $475.65 | Revise witness interview memoranda |
| 4/14/2017 | 0.2 | $755 | $135.90 | Revise witness interview memoranda |
| 4/17/2017 | 0.3 | $995 | $268.65 | Review and revise interview memoranda; correspond with client re: arrest |
| 4/18/2017 | 0.2 | $995 | $179.10 | Correspond with client re: arrest |
| 4/19/2017 | 0.3 | $995 | $268.65 | Teleconference with SDNY re: post-arrest statements and searches |
| 4/20/2017 | 0.2 | $995 | $179.10 | Correspond with client re: bail conditions |
| 5/5/2017 | 0.2 | $995 | $179.10 | Correspond with client and SDNY re: unemployment benefits |
| 6/12/2017 | 0.2 | $995 | $179.10 | Teleconference with SDNY re: requests for information |
| 6/13/2017 | 0.2 | $995 | $179.10 | Teleconference with client re: SDNY requests for information |
| 6/16/2017 | 0.4 | $995 | $358.20 | Teleconference with client and K2 re: SDNY requests for information |
| 6/19/2017 | 0.6 | $995 | $537.30 | Teleconference with SDNY re: requests for information; teleconferences with K2 re: same |
| 6/23/2017 | 0.5 | $995 | $447.75 | Teleconference with client re: SDNY requests for information and preservation; teleconference with K2 re: same |
| 6/26/2017 | 0.3 | $995 | $268.65 | Teleconference with K2 re: SDNY and client requests |
| 6/27/2017 | 0.3 | $995 | $268.65 | Teleconference with SDNY re: requests for information |
| 7/13/2017 | 0.2 | $995 | $179.10 | Correspond with client and K2 re: preservation |
| 7/18/2017 | 0.3 | $995 | $268.65 | Teleconference with SDNY, client and K2 re: preservation |
| 7/24/2017 | 0.5 | $995 | $447.75 | Teleconference with SDNY re: requests for information |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 7/26/2017 | 0.5 | $995 | $447.75 | Teleconference with client re: SDNY requests for information |
| 8/1/2017 | 0.6 | $995 | $537.30 | Teleconference with client and SDNY |
| 8/15/2017 | 0.5 | $995 | $447.75 | Teleconference with SDNY and client re: meeting |
| 8/16/2017 | 0.2 | $995 | $179.10 | Correspond with client and SDNY re: 8/23/17 meeting |
| 8/18/2017 | 0.2 | $995 | $179.10 | Correspond with client and SDNY re: 8/23/17 meeting |
| 8/21/2017 | 0.2 | $995 | $179.10 | Correspond with SDNY and client re: 8/23/17 meeting |
| 8/22/2017 | 0.2 | $995 | $179.10 | Correspond with client and SDNY re: 8/23/17 meeting |
| 8/23/2017 | 2.0 | $995 | $1,791.00 | Attend meeting with SDNY and FBI |
| 10/3/2017 | 0.3 | $995 | $268.65 | Correspond with client and SDNY re: SIG employee follow-up meeting |
| 10/4/2017 | 1.2 | $755 | $815.40 | Attend interview of SIG employee |
| 10/9/2017 | 1.0 | $755 | $679.50 | Prepare for meeting with WH team |
| 10/16/2017 | 1.7 | $755 | $1,155.15 | Draft interview memorandum of SIG employee interview |
| 10/20/2017 | 0.4 | $995 | $358.20 | Teleconference with SDNY re: case status; correspond with client re: same |
| 10/24/2017 | 0.5 | $995 | $447.75 | Teleconference with client re: plea |
| 10/25/2017 | 0.4 | $995 | $358.20 | Correspond with client re: Sazanov plea |
| | | | $191.33 | Costs through March 31, 2017 |
| | | | $111.64 | Costs through April 30, 2017 |
| | | | $9.00 | Costs through June 30, 2017 |
| K2 | | | | |
| 2/13/2017 | 1.00 | $710 | $710.00 | Case management |
| 2/13/2017 | 5.50 | $400 | $2,200.00 | Undertake Forensic Acquisition (LAB), Evidence Intake and Processing |
| 2/14/2017 | 1.00 | $710 | $710.00 | Teleconference with attorneys; case management |
| 2/14/2017 | 6.00 | $400 | $2,400.00 | Undergo forensic analysis, file decryption; provide client updates |
| 2/14/2017 | 4.00 | $400 | $1,600.00 | Undergo technical analysis and password cracking of ZIP file. |
| 2/15/2017 | 6.00 | $400 | $2,400.00 | Undergo forensic analysis, file decryption |
| 2/16/2017 | 6.00 | $400 | $2,400.00 | Undergo forensic analysis, file decryption |
| 2/17/2017 | 4.00 | $400 | $1,600.00 | Undergo forensic analysis |
| 2/17/2017 | 2.00 | $400 | $800.00 | Analyze and synthesis packet |
| 2/21/2017 | 1.00 | $400 | $400.00 | Isolate files and cookies/sessions in workstation. |
| 2/21/2017 | 3.00 | $400 | $1,200.00 | Analyze workstation via EnCase and IEF. |
| 2/21/2017 | 2.00 | $400 | $800.00 | Analyze IEF |
| 2/23/2017 | 1.00 | $580 | $580.00 | Prepare for SDNY presentation; attend team meetings re: SDNY presentation |
| 2/23/2017 | 4.00 | $400 | $1,600.00 | Review findings and prepare for SDNY Presentation |
| 2/24/2017 | 1.00 | $710 | $710.00 | Prepare for SDNY presentation |
| 2/24/2017 | 2.00 | $580 | $1,160.00 | Prepare for SDNY presentation |
| 2/24/2017 | 3.00 | $400 | $1,200.00 | Review findings and prepare for SDNY Presentation |
| 2/24/2017 | 4.00 | $400 | $1,600.00 | Prepare slideshow for SDNY presentation. |
| 2/27/2017 | 2.50 | $710 | $1,775.00 | Attend case presentation to SDNY |
| 2/27/2017 | 2.50 | $580 | $1,450.00 | Attend meeting with SDNY and FBI |
| 2/27/2017 | 2.50 | $400 | $1,000.00 | Attend onsite meeting with SDNY |
| 2/27/2017 | 4.00 | $400 | $1,600.00 | Review large PCAP file for evidence of exfiltration of data |
| 3/2/2017 | 4.00 | $400 | $1,600.00 | Conduct Forensic Analysis (CD, PE Analysis) |
| 3/3/2017 | 5.00 | $400 | $2,000.00 | Conduct Forensic Analysis (CD), Source Code Analysis, StackOverflow Review |
| 3/3/2017 | 2.00 | $400 | $800.00 | Review web history; stack overflow; source code analysis |
| 3/6/2017 | 2.25 | $580 | $1,305.00 | Prepare for meeting with SDNY and FBI; teleconference with FBI liaison. |
| 3/7/2017 | 3.00 | $710 | $2,130.00 | Attend meetings with client and SDNY |
| 3/7/2017 | 4.50 | $580 | $2,610.00 | Attend meetings with WH team and SDNY; attend meeting at FBI with case agent. |
| 3/7/2017 | 3.00 | $400 | $1,200.00 | Attend onsite review with SDNY and FBI |
| 3/8/2017 | 4.00 | $400 | $1,600.00 | Conduct Forensic Analysis; teleconference with FBI; review weekend activity |
| 3/16/2017 | 1.25 | $580 | $725.00 | Communicate with FBI and K2 team regarding report generation and coordination |
| 3/29/2017 | 2.00 | $400 | $800.00 | Prepare for onsite meeting with FBI to transition case |
| 3/30/2017 | 4.25 | $580 | $2,465.00 | Attend onsite meeting with FBI for case presentation and knowledge transfer |
| 3/30/2017 | 4.00 | $400 | $1,600.00 | Attend onsite meeting with FBI to transition case |
| 3/31/2017 | 1.00 | $400 | $400.00 | Export Word List from Memory Image |
| 6/19/2017 | 0.50 | $710 | $355.00 | Teleconference with client |
| 6/19/2017 | 2.00 | $400 | $800.00 | Review Deleted Email and Internet History; analyze Stockbaster |
| 7/17/2017 | 0.50 | $400 | $200.00 | Attend consultation call |
| 4/19/2017 | | | $107.54 | Software costs |
| **Travel Costs for SIG Employees** | | | | |
| 2/7/2017 | | | $307.00 | Amtrak Roundtrip Philadelphia to Newark |
| 3/7/2017 | | | $287.00 | Amtrak Roundtrip Philadelphia to Newark |
| 8/23/2017 | | | $58.81 | Transportation Expenses to New York City |

Costs Submitted by Susquehanna International Group, LLP

| | | | | TOTAL | |
|---|---|---|---|---|---|
| | | | $105,009.87 | WilmerHale Costs and Fees | |
| | | | $50,592.54 | K2 Costs and Fees | |
| | | | $652.81 | Susquehanna International Group, LLP Travel Costs | |
| | | | $156,255.22 | GRAND TOTAL | |