USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/29/2020__

# SHER TREMONTE LLP

December 29, 2020

**BY ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: December 29, 2020

*/s/ Stewart D. Aaron*

Re:   *United States v. Dmitry Sazonov*, 17 Crim. 657 (SDA)

Dear Judge Aaron:

I represent Dmitry Sazonov, the defendant in the above-referenced case. I write respectfully to request that the Court grant authorization for Mr. Sazonov to travel to London, England on a business trip in the first week of January 2021.

As Your Honor is aware, Mr. Sazonov was sentenced in January 2018 to three years' probation. Since that time, Mr. Sazonov has complied with all terms of his probation, including paying off the full amount of restitution. His probation is scheduled to terminate next month. Mr. Sazonov's travel is currently restricted to the Southern and Eastern Districts of New York, but he has been asked by his employer to travel to London on business in the first week of January, 2021, for approximately ten days. The Court has previously approved three requests for Mr. Sazonov to travel internationally, once to England and twice to Russia. *See* Dkt. ## 50, 52, 54.

The Probation Department does not object to Mr. Sazonov's travel request but has indicated that any international travel must be approved by the Court. I have contacted the Assistant U.S. Attorney assigned to the matter and she advises that the government has no objection. If the Court approves the request, Mr. Sazonov will provide a detailed itinerary to the Probation Department.

Respectfully submitted,

/s/ _____
Noam Biale
SHER TREMONTE LLP

*Attorney for Dmitry Sazonov*

cc:   Assistant U.S. Attorney Katherine Reilly (by ECF)